SAO
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
gmranalli@ranallilawyers.com
**CHRISTINA R. SCHWAB, ESQ.**
Nevada Bar No. 10847
cschwab@ranallilawyers.com
**RANALLI & ZANIEL, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada  89052
Telephone No.: (702) 477-7774
Facsimile No.: (702) 477-7778
Co-Counsel for Defendant,
WESTERN UNITED INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE JOHNSON, individually,<br><br>    Plaintiff,<br>vs.<br><br>WESTERN UNITED INSURANCE COMPANY<br>dba AAA NEVADA INSURANCE COMPANY,<br>DOES I through X and ROE<br>CORPORATIONS XI through XX,<br>inclusive,<br><br>    Defendants. | CASE NO. 2:09 cv-2188 |

### STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOYCE JOHNSON, and Defendant, WESTERN UNITED INSURANCE COMPANY dba AAA NEVADA INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed, and that this case will be set for private binding arbitration.

//

1

The parties further stipulate that each of the parties are to pay their own attorney fees and costs herein incurred.

DATED: April 6, 2011.                        DATED: March 28th, 2011.

**RANALLI & ZANIEL, LLC**                    **BOGGESS & HARKER**

_/s/ GMR_ 11665                              _/s/ D. B. Boggess_

**GEORGE M. RANALLI, ESQ.**                  **BRIAN D. BOGGESS, ESQ.**
Nevada Bar No.: 5748                         Nevada Bar No. 4537
**CHRISTINA R. SCHWAB, ESQ.**                5550 Painted Mirage Rd., #255
Nevada Bar No. 10847                         Las Vegas, Nevada 89149
2400 W. Horizon Ridge Pkwy.                  Attorney for Plaintiff
Henderson, Nevada 89052
Co-Counsel for Defendants

DATED: April 5, 2011.

**ALVERSON, TAYLOR, MORTENSON & SANDERS**

_/s/_

**NATHAN R. REINMILLER, ESQ.**
Nevada Bar No. 6793
**NATHAN D. SEVERSON, ESQ.**
Nevada Bar No. 9686
7401 W. Charleston Blvd.
Las Vegas, Nevada 89117
Co-Counsel for Defendants

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY ORDERED** that all of the Plaintiff's claims in this matter against the Defendant, be dismissed; each party to bear their own fees and costs.

DATED this __ 28th day of April, 2011.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

Submitted By:

**RANALLI & ZANIEL, LLC**

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
2400 W. Horizon Ridge Pkwy.
Henderson, Nevada 89052
Telephone No.: (702) 477-7774
Attorney for Defendant

3